Order affirmed, without costs, in the following memorandum: The order appealed from should be affirmed on the sole ground that the relator is not entitled to a writ of habeas corpus since the relief requested would not result in his discharge from prison. (See, e.g.,
 
 People ex rel. Dellavalle
 
 v.
 
 McGinnis,
 
 21 N Y 2d 795;
 
 People ex rel. Reynolds
 
 v.
 
 Martin,
 
 3 N Y 2d 217, 223.) The affirmance is, however, without prejudice to the relator’s institution of an appropriate proceeding to have the court ascertain the time he spent in “ custody ” at Kings Park Hospital and have it credit such time toward his sentence.
 

 Concur: Chief Judge Fuld and Judges Burke, Scileppi, Bergan, Breitel, Jasen and Hibson.